IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALLEGIANT AIR, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:23-cv-01498-DAE |
| § | |
| LONESTAR AIRPORT HOLDINGS, LLC, § | |
| § | |
| Defendant. § | |
| § | |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO ABATE

Pursuant to Local Rule CV-88, Plaintiff Allegiant Air, LLC ("Allegiant" or "Plaintiff") and Defendant Lonestar Airport Holdings, LLC ("Lonestar" or "Defendant") (collectively, the "Parties") jointly file this Joint Notice of Settlement and request an abatement of all hearings and deadlines.

On September 11, 2025, the Parties mediated this case in front of Patrick Keel. On September 15, 2025, the Parties have settled in principle. The Parties respectfully request that the Court abate all hearings and all deadlines while the Parties memorialize the settlement terms. This includes the hearing set for September 16, 2025 at 9:30 a.m. (Dkt. 78) on Defendant's Motion to Deny or Defer Consideration of Plaintiff's Motion for Partial Summary Judgment or, in the Alternative, for an Extension of Time to Response (Dkt. 75) and Plaintiff's Motion to Stay Discovery (Dkt. 76). Upon memorialization of and in accordance with the settlement terms, the Parties will file a stipulation of dismissal with prejudice via ECF.

For the foregoing reasons, the Parties ask the Court to grant the Joint Motion to Abate all pending hearings and deadlines until the Parties can memorialize the settlement terms.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ C. Mark Stratton*
C. Mark Stratton
Texas Bar No. 19359200
Email: strattonm@gtlaw.com
Sydney Sgovio
Texas Bar No. 24131289
Email: sydney.sgovio@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
(512) 320-7200 (telephone)
(512) 320-7210 (facsimile)

-and-

Jacob D. Bundick *(Admitted Pro Hac Vice)*
Texas Bar No. 24045579
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773 (telephone)
(702) 792-9002 (facsimile)
Email: bundickj@gtlaw.com

***Attorneys for Allegiant Air, LLC***

*/s/ David King (with permission)*
**Bethany W. Kristovich** (admitted *pro hac vice*)
Email: bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100 (telephone)
(213) 687-3702 (facsimile)

**Megan McCreadie** (admitted *pro hac vice*)
Email: megan.mccreadie@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
(415) 512-4000 (telephone)

-and-

**David A. King**
Texas Bar No. 24083310
Email: dking@abaustin.com
ARMBRUST & BROWN, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 (telephone)
(512) 435-2360 (facsimile)

***Attorneys for Defendant***
***Lonestar Airport Holdings, LLC***

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 15th day of September, 2025, with a copy of the above-document via the Court's CM/ECF System.

                                                /s/ *C. Mark Stratton*
                                                C. Mark Stratton