# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ALLEGIANT AIR, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:23-cv-01498-DAE |
| LONESTAR AIRPORT HOLDINGS, LLC, | § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Allegiant Air, LLC ("Allegiant" or "Plaintiff") and Defendant Lonestar Airport Holdings, LLC ("Lonestar" or "Defendant") (collectively, the "Parties"), by and through the undersigned counsel, have amicably resolved all disputes between them. Accordingly, the Parties jointly stipulate that the above-entitled action shall be dismissed with prejudice as to all claims and causes of action that were brought or could have been brought by either party in this action and for the Parties to bear their own costs, expenses, and attorneys' fees.

Dated: December 5, 2025

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ C. Mark Stratton
C. Mark Stratton
Texas Bar No. 19359200
Email: strattonm@gtlaw.com
Sydney Sgovio
Texas Bar No. 24131289
Email: sydney.sgovio@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
(512) 320-7200 (telephone)
(512) 320-7210 (facsimile)

1

-and-

Jacob D. Bundick *(Admitted Pro Hac Vice)*
Texas Bar No. 24045579
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773 (telephone)
(702) 792-9002 (facsimile)
Email: bundickj@gtlaw.com

**Attorneys for Allegiant Air, LLC**

<u>/s/ David King (with permission)</u>
David A. King
Texas Bar No. 24083310
Email: dking@abaustin.com
ARMBRUST & BROWN, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 (telephone)
(512) 435-2360 (facsimile)

Bethany W. Kristovich (admitted *pro hac vice*)
Email: bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100 (telephone)
(213) 687-3702 (facsimile)

Megan McCreadie (admitted *pro hac vice*)
Email: megan.mccreadie@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
(415) 512-4000 (telephone)

**Attorneys for Defendant**
**Lonestar Airport Holdings, LLC**

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 5th day of December, 2025, with a copy of the above-document via the Court's CM/ECF System.

/s/ *C. Mark Stratton*
C. Mark Stratton
