IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALLEGIANT AIR, LLC, | § | NO. 1:23-CV-1498-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| LONESTAR AIRPORT HOLDINGS, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

_____

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is a Joint Stipulation of Dismissal with Prejudice.

(Dkt. # 85.)  The filing informs the Court that the parties seek to dismiss with

prejudice all claims in the case.  (Id.)  Pursuant to the filing, the Court hereby

**ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to

bear their own costs and fees.  The Clerk's Office is thereafter **INSTRUCTED** to

**CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, December 10, 2025.

_____
David Alan Ezra
Senior United States District Judge